# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LORENZO SHAW,<br><br>   Plaintiff,<br><br>vs.<br><br>HELIX ELECTRIC OF NEVADA, LLC, *et al.*,<br><br>   Defendants. | 2:18-cv-00149-APG-CWH<br><br>**ORDER** |

Before the Court is the Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (ECF No. 12) must be filed on or before March 1, 2018.

DATED this 23rd day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE