# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LORENZO SHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HELIX ELECTRIC OF NEVADA LLC and MICHAEL TURNER,<br><br>　　　　Defendants. | Case No. 2:18-cv-00149-APG-CWH<br><br>**ORDER DISMISSING MOTIONS AS MOOT**<br><br>(ECF Nos. 6, 14, 15) |

In light of the parties' settlement (ECF No. 22),

IT IS ORDERED that the pending motions **(ECF Nos. 6, 14, 15) are DENIED without prejudice as moot**.

DATED this 9th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE